**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2024-CA-0396

Lonesome Development, LLC

- - Versus - -

Town of Abita Springs

22nd Judicial District Court
Case #: 201914436
St. Tammany Parish

On Application for Rehearing filed on 12/27/2024 by Town of Abita Springs

Rehearing _Denied._

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris H. Hester

Date DEC 3 0 2024

_____
Rodd Naquin, Clerk

## COURT OF APPEAL, FIRST CIRCUIT
## STATE OF LOUISIANA

RE: Docket Number   2024-CA-0396

Lonesome Development, LLC

- - Versus - -

Town of Abita Springs

22nd Judicial District Court
Case #: 201914436
St. Tammany Parish

On Application for Rehearing filed on   12/23/2024 By Mayor Dan Curtis

Rehearing _____ *Denied* _____

_____
Mitchell R. Theriot

_____
Wayne Ray Chutz

_____
Chris H. Hester

Date_____ DEC 2 7 2024 _____

_____
Rodd Naquin, Clerk